FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2010 SEP 17 AM 11: 56
CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JACQUELINE CARAWAY, )
)
Plaintiff, )
)
v. ) CASE NO. CV410-172
)
OLD DOMINION FREIGHT )
LINE, INC., )
)
Defendant. )

## ORDER

Before the Court is the parties' Stipulated Dismissal of Counts I and III of Plaintiff's Complaint. (Doc. 7.) Pursuant to Federal Rule of Civil Procedure 41(a)(2), a plaintiff may request dismissal of an action by court order. With the understanding that all parties who have appeared in this case consent to the dismissal, Counts I and III are **DISMISSED WITH PREJUDICE**. Count II remains pending before this Court.

SO ORDERED this 17th day of September 2010.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA